Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>     vs.<br><br>DYNACO, INC., dba COOL HAND LUKES, et al.,<br><br>           Defendants. | No. 1:15-cv-00393-MCE-MJS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Dynaco, Inc., dba Cool Hand Lukes, and Clovis I, LLC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: September 22, 2015          MOORE LAW FIRM, P.C.


/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Ronald Moore

TRAINOR FAIRBROOK


/s/ Kathleen E. Finnerty
Kathleen E. Finnerty
Attorneys for Defendant,
Clovis I, LLC

FRAME, MATSUMOTO & COELHO LLP


/s/ Gary J. Coelho II
Gary J. Coelho II
Attorneys for Defendant,
Dynaco, Inc., dba Cool Hand Lukes

**ORDER**

Pursuant to the parties' stipulation, this action is dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT